# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DRYMENOW MOLD AND TARP LLC,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2025-0113

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062021CA008281AXXXCE.

Stephan Lopez of Stephan Lopez Law Firm, LLC., Miami Lakes, for appellant.

David Clark Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***